# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DEANA SCHWEITZER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., et al., <br><br> Defendants. | Case No. 16-cv-02166-BLF <br><br> **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER** |

On June 14, 2016, the Court granted Defendant Wells Fargo Bank, N.A.'s motion to consolidate the above-titled action with *Trevor Schweitzer v. Experian Information Solutions, Inc.*, Case No. 16-cv-02167-BLF, ordered Plaintiffs file a consolidated complaint on or before June 28, 2016, and closed the later-filed *Trevor* action. Plaintiffs have not filed a consolidated complaint as ordered by the Court, and they have continued to file documents in the closed *Trevor* action.

Accordingly, Plaintiffs are hereby ORDERED TO SHOW CAUSE, in writing and on or before July 6, 2016, why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with a court order. A Show Cause Hearing is HEREBY SET for July 7, 2016 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: June 29, 2016

_____
BETH LABSON FREEMAN
United States District Judge