# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

DEANA SCHWEITZER, et al.,

    Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

    Defendants.

Case No. 16-cv-02166-BLF

**ORDER DISCHARGING ORDER TO SHOW CAUSE; AND VACATING SHOW CAUSE HEARING**

On June 29, 2016, the Court issued an Order to Show Cause why the case should not be dismissed for failure to comply with the Court's order directing Plaintiffs to file a consolidated complaint. Plaintiffs filed the required consolidated complaint on July 6, 2016. Accordingly, the Order to Show Cause is DISCHARGED and the Show Cause hearing set for July 7, 2016 is VACATED.

**IT IS SO ORDERED.**

Dated: July 7, 2016

_____
BETH LABSON FREEMAN
United States District Judge